# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-08486 JAK (FFMx) | Date | December 23, 2011 |
|---|---|---|---|
| Title | Jack Jimenez v. Allstate Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING**

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 67)**

**DEFENDANT'S MOTIONS TO STRIKE (Dkt. 70, 71, 72)**

**PLAINTIFFS' MOTIONS TO STRIKE (DKT. 90. 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101)**

The Court, on its own motion, continues the above-referenced motions from January 9, 2012 to February 6, 2012 at 8:30 a.m.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak