UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | LA CV10-08486 JAK (FFMx) |
| Date | June 18, 2012 |
| Title | Jack Jimenez v. Allstate Insurance Company, et al. |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alexander R. Wheeler | Andrew M. Paley |
| Rex Parris | Sheryl L. Skibbe |

**Proceedings:** **SCHEDULING CONFERECE**

**JS-6: Stayed / Inactive Calendar**

The scheduling conference is not held and the matter proceeds by way of a status conference given the filing of the June 14, 2012 Order from the Ninth Circuit Court of Appeals granting the petition to review this Court's April 18, 2012 order granting class action certification. Counsel address the Court regarding whether the Court should stay the matter pending the outcome of the appeal and the status of the *Williams* case and whether it has any relevance to this matter. Plaintiff opposes a stay while Defendant requests a stay. The motion to decertify is currently set in the *Williams* case for July 24, 2012.

The Court stays the matter and places it on its inactive calendar pending the Ninth Circuit's review. The Court sets a Status Conference for October 1, 2012 at 1:30 p.m. Counsel shall continue to file a joint status report every 90 days, with the first one due on September 24, 2012, and shall notify the Court, in writing, when the matter should be reinstated to the Court's active calendar. Counsel shall notify the Court within 10 days of any development in either the Williams case or by the Ninth Circuit.

Counsel shall meet and confer to determine whether punitive class members should be contacted by counsel while the stay is in effect.

**IT IS SO ORDERED.**

|  | : | 13 |
|---|---|---|
| Initials of Preparer | ak | |