1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JIMENEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. 10-cv-08486-JAK (FFMx)<br><br>**Judgment**<br><br>**JS-6** |

     The Court, having granted final approval of the parties' " Joint Stipulation of Class Action Settlement and Release" (the "Settlement Agreement") as set forth in the Order re Plaintiff's Motion for Final Approval of Class Action Settlement, Attorneys' Fees, Costs and Service Enhancement Award (the "Final Approval Order" (Dkt. 362)), enters judgment as follows:

    1. The Court hereby enters judgment in the above-entitled action for Plaintiff Jack Jimenez and the 1,460 Settlement Class Members as defined in the Settlement Agreement and in accordance with the terms of the Order.

2.  The Court hereby retains continuing jurisdiction over the enforcement and administration of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:   September 16, 2021

_____
John A. Kronstadt
United States District Judge